IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ABOU FADOUL SOUMAHORO, a/k/a ABDOUL FADOUL SOUMAHORO | Violations: 18 U.S.C. §§ 911 and 1546(b)(1) |

COUNT ONE

**Use of False Statement in Immigration Matter**

The Grand Jury Charges:

In or about May 2024, in the District of North Dakota,

ABOU FADOUL SOUMAHORO,
a/k/a ABDOUL FADOUL SOUMAHORO,

for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on the U.S. Citizenship and Immigration Services Employment Eligibility Verification Form I-9, knowing that the said attestation was false, in that he attested he was a lawful permanent resident of the United States knowing he was not in fact a lawful permanent resident of the United States, and in that he used identification documents not lawfully issued to him, to-wit, a passport card and social security card issued to another individual;

In violation of Title 18, United States Code, Section 1546(b)(1).

## COUNT TWO

### False Claim of United States Citizenship

The Grand Jury Further Charges:

In or about May 2024 through the date of this indictment, in the District of North Dakota,

**ABOU FADOUL SOUMAHORO,**
**a/k/a ABDOUL FADOUL SOUMAHORO,**

the defendant, a citizen of Mali and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States;

In violation of Title 18, United States Code, Section 911.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

GLD/tmg